BEFORE THE SECOND DIVISION, OCTOBER 17, 1947

**No. 51961.**—Fred'k Loeser & Co., Inc., et al. v. United States, protests 627991–G, etc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.